

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

In the Interest of E.W., a Child

No. 06-15-00018-CV

Appeal from the 196th District Court of Hunt County, Texas (Tr. Ct. No. 80,358). Opinion delivered by Justice Moseley, Chief Justice Morriss and Justice Burgess participating.

As stated in the Court's opinion of this date, we find reversible error in the judgment of the court below. Therefore, we reverse the trial court's order terminating appellants' parental rights to E.W.[1] and remand the cause to the trial court for a new trial.

We further order that the appellee pay all costs of this appeal.

RENDERED JUNE 26, 2015
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk

---

[1]In our opinion in this matter, we refer to the minor child who is the subject of this appeal using the fictitious name Ethan Black. The Ethan Black to which we refer in our opinion is the same person referred to as E.W. in the style of this case.